No. 165. BALTIMORE & OHIO R. CO. *v.* WOLF, ADMINISTRATRIX. October 21, 1935.

No. —, original. EX PARTE MOONEY. October 28, 1935.

No. 406. JENELLO *v.* UNITED STATES. October 28, 1935.

No. 89. YORK HEATING & VENTILATING CORP. *v.* MALOOLY ET AL. November 11, 1935.

No. 118. BUIE *v.* UNITED STATES. November 11, 1935.

No. 128. LINDERHOLM *v.* KANSAS. November 11, 1935.

No. 131. NEW YORK EX REL. FEDERAL MOTOR TRUCK Co. *v.* LYNCH ET AL. November 11, 1935.

No. 152. REALTY ACCEPTANCE CORP. *v.* MONTGOMERY. November 11, 1935.

No. 183. TAYLOR *v.* COMMISSIONER OF INTERNAL REVENUE. November 11, 1935.

No. 212. AMCHANITZKY *v.* UNITED STATES. November 11, 1935.

No. 271. EVANS *v.* MISSOURI STATE LIFE INSURANCE Co. November 11, 1935.

No. 317. SPRUILL *v.* BALLARD ET AL. November 11, 1935.

No. 329. O'TOOLE *v.* NEW JERSEY. November 11, 1935.

No. 342. NELLIS *v.* MARYLAND CASUALTY Co. November 11, 1935.

No. 358. CONTINENTAL ILLINOIS NATIONAL BANK & TRUST Co. *v.* COLUMBIAN NATIONAL LIFE INSURANCE Co. November 11, 1935.